UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br>Plaintiff,<br>v.<br>AMAPOLA OBRERA, et al.,<br>Defendants. | Case No. 26-cv-00107-WHO<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

No party appeared at the Case Management Conference on August 18, 2026. This followed a Case Management Conference on April 14, 2026, when no party appeared. Dkt. No. 11. Nor has plaintiff provided addresses at which the defendants can be served: Oakland Unified School District personnel are not authorized to accept subpoenas on behalf of the employees of the district.

Plaintiff Jason Levette Washington is ORDERED TO SHOW CAUSE by **September 18, 2026**, why this case should not be dismissed for failure to prosecute. He may expunge this Order to Show Cause by filing an affidavit on or before September 18, 2026, explaining why he has failed to appear at the Case Management Conferences and including information on where to serve the defendants personally. Otherwise, this case will be dismissed.

**IT IS SO ORDERED.**

Dated: August 19, 2026

William H. Orrick
United States District Judge